No. 15. CLARENCE E. COLLINS, PLAINTIFF IN ERROR, *v.* STATE

OF NEW HAMPSHIRE. In error to the Supreme Court of the State of New Hampshire. Argued and submitted January 7 and 8, 1902. Restored to docket for reargument January 20, 1902. Reargued April 17, 1902; November 10, 1902. Judgment affirmed, with costs, by an equally divided court. *Mr. Wm. D. Guthrie* and *Mr. A. H. Veeder* for the plaintiff in error. *Mr. Edwin G. Eastman* for the defendant in error.